UNITED STATES DISTRICT COURT                                  JS-3
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  2:25-mj-03388                                      Date:  August 18, 2025

Present:  The Honorable Steve Kim, United States Magistrate Judge

Interpreter:  N/A

| Connie Chung | CS 08/18/25 | Clifford Mpare |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorney(s) for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Manuel Moreales-Mora | Not | | | Adam Olin, DFPD | | X | X |

Proceedings:       **ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE**

      Case called.  Counsel state their appearances for the record.  The Court confers with counsel. The complaint is ordered dismissed with prejudice.  The order to show cause with respect to monetary sanctions is discharged.

                                                                    00:15
                                            **Initials of Deputy Clerk**  _____CC_____